DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FELIPE ROBLES-HUERTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>FELIPE ROBLES-HUERTA,<br><br>　　　　　*Defendant.* | NO. 1:11-cr-0088 LJO<br><br>STIPULATION CONTINUING STATUS CONFERENCE HEARING;  ORDER<br><br><br>Date:  June 9, 2011<br>Time:  2:00 p.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Felipe Robles-Huerta, that the status conference currently set for May 27, 2011, **may be continued to June 9, 2011 at 2:00 p.m.**

Defense counsel needs additional time to research defendant's criminal history. There is a question about one conviction and it affects the sentencing guideline range.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

///

　　　　　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER

United States Attorney

DATED: May 25, 2011            By:      /s/ *Ian Garriques*
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Counsel for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: May 25, 2011            By:      /s/ *Victor M. Chavez*
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        FELIPE ROBLES-HUERTA


**ORDER**

**Good cause exists.**

IT IS SO ORDERED.

**Dated:    May 25, 2011**              /s/ **Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

ROBLES-HUERTA: Stipulation Continuing
Status Conference [Proposed] Order            −2−